No. 64907.—Schenley Import Corp. et al. *v.* United States, protests 913226–G, etc. (Los Angeles, San Francisco, and New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.,* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 18, 1960

No. 64908.—Arnhold Ceramics, Inc., et al. *v.* United States, protests 267156–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of resistors the same in all material respects as those the subject of Abstract 62740, the claim of the plaintiffs was sustained.

No. 64909.—New York Merchandise Co., Inc. *v.* United States, protests 59/14728, etc. (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.